## No. 5645.

### NEW ORLEANS VS. PATRICK CLARK.

An injunction having issued, restraining the defendant from permitting his animals to rove at large in the streets destroying trees and injuring side-walks, and a rule being afterwards taken to punish him for contempt for disobeying the injunction, and upon the trial of this rule, the lower court having adjudged that the injunction be executed by abating the nuisance," *held*, that the judgment must be annulled because not pertinent or responsive to the issue, since the injunction was not on trial, but the rule for contempt alone.

APPEAL from the Superior District Court of New Orleans. HAW-KINS, J.

*Jonas*, city attorney, and *Blanc*, assistant for the City. *Foley* for Defendant Appellant.

MANNING, C. J., delivered the opinion.